No. 92–6615.  HURWITZ v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  ■

No. 92–6616.  LAYNE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  ■

No. 92–6618.  FRENCH v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.  ■

No. 92–6621.  JONES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–6625.  BISHOP v. ANGELONE ET AL.  C. A. 9th Cir. Certiorari denied.  ■

No. 92–6626.  DEEMER v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–6627.  CHAVEZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  ■

No. 92–6628.  CORNILLOT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  ■

No. 92–6631.  VALENCIA-MAZARIEGOS v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.  ■

No. 92–6632.  RUSSELL v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  ■

No. 92–6633.  SOLIS-CANTU v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  ■

No. 92–6634.  SULLIVAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.  ■

No. 92–6635.  DUNCAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  ■

No. 92–6637.  DOE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  ■

No. 92–6638.  DRAWDY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  ■

No. 92–6640.  URIBE-SANTAMARIA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  ■